**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6137**

_____

SCOTT LEWIS RENDELMAN,

                Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, District Judge. (1:13-cv-03140-JKB; 8:07-cr-00331-JKB-1)

_____

Submitted: May 22, 2014              Decided: May 29, 2014

_____

Before TRAXLER, Chief Judge, and HAMILTON, Senior Circuit Judge.[*]

_____

Affirmed by unpublished per curiam opinion.

_____

Scott Lewis Rendelman, Appellant Pro Se. Sujit Raman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

     [*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d) (2012).

PER CURIAM:

Scott Rendelman appeals the district court's order granting in part his Fed. R. Crim. P. 41(g) motion for return of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Rendelman v. United States, Nos. 1:13-cv-03140-JKB; 8:07-cr-00331-JKB-1 (D. Md. filed Jan. 10 & entered Jan. 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED